HON. RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| FRANK SPOSARO,<br><br>               Plaintiff,<br><br>vs.<br><br>NEW JERSEY MANUFACTURERS INSURANCE COMPANY, a foreign insurer, and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign insurer,<br><br>               Defendants. | NO. 2:18-cv-00953-RSM<br><br>ORDER EXTENDING DEADLINE FOR INITIAL DISCLOSURES |

Based on the parties' Joint Stipulated Motion to Extend Initial Disclosure Deadline,

IT IS HEREBY ORDERED that the Initial Disclosure Deadline shall be extended from August 10, 2018 to August 30, 2018.

DATED this 8 day of August 2018.

                              RICARDO S. MARTINEZ
                              CHIEF UNITED STATES DISTRICT JUDGE

ORDER EXTENDING DEADLINE FOR INITIAL DISCLOSURES - 1
(Case No. 2:18-cv-00953)

FALLON McKINLEY & WAKEFIELD, PLLC
ATTORNEYS AT LAW
1111 Third Avenue, Suite 2400
SEATTLE, WASHINGTON 98101
(206) 682-7580  FAX (206) 682-3437

/sposaro 18-953 ext time.docx