UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRANK SPOSARO,<br><br>    Plaintiff,<br><br>    v.<br><br>NEW JERSEY MANUFACTURERS INSURANCE COMPANY, a foreign insurer, and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign insurer,<br><br>    Defendants. | Case No. C18-953 RSM<br><br>ORDER GRANTING STATE FARM'S MOTION FOR SUMMARY JUDGMENT |

    This matter comes before the Court on Defendant State Farm's Motion for Summary Judgment and Declaratory Judgment. Dkt. #35. State Farm moves for an order dismissing all claims against it, and ruling pursuant to the Federal Declaratory Judgments Act, 28 U.S.C. § 2201, that there is no coverage for Personal Injury Protection ("PIP") claims under the State Farm policy at issue in this case. This Motion is unopposed by Plaintiff Frank Sposaro and Defendant New Jersey Manufacturers Insurance Company. *See* Dkts. #47 and #49.

    The Court has reviewed the briefing and evidence submitted by the parties and finds that there is no coverage for Mr. Sposaro under the State Farm policy because that policy did not insure the vehicle Mr. Sposaro was driving at the time of the accident. *See* Dkt. #35 at 3

ORDER GRANTING STATE FARM'S MOTION FOR SUMMARY JUDGMENT - 1

and citations to the policy therein.  State Farm properly denied Mr. Sposaro's PIP claim, and Mr. Sposaro's extra-contractual claims are properly dismissed.  Mr. Sposaro presents no argument to the contrary.

The Court will reserve ruling on the remaining issues in this case for a later order.

Having reviewed the relevant briefing and the remainder of the record, the Court hereby finds and ORDERS that Defendant State Farm's Motion for Summary Judgment and Declaratory Judgment (Dkt. #35) is GRANTED.  All of Mr. Sposaro's claims against Defendant State Farm are DISMISSED.  There is no coverage for Mr. Sposaro's PIP claims arising from the May 12, 2015, motor vehicle collision under State Farm policy no. 324-0064-E29-47.

DATED this 25th day of April 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE