UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FRANK SPOSARO,

    Plaintiff,

v.

NEW JERSEY MANUFACTURERS INSURANCE COMPANY, a foreign insurer, and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign insurer,

    Defendants.

Case No. C18-953 RSM

ORDER DIRECTING THE PARTIES TO FILE SUPPLEMENTAL BRIEFING

This matter comes before the Court *sua sponte*. The Court has reviewed the Notice of Supplemental Authority (Dkt. #59) and the Response (Dkt. #60). It appears clear that activity in the referenced New Jersey Superior Court case may affect the remaining claims in this case. The Court therefore ORDERS supplemental briefing from each of the parties, not to exceed 12 pages, addressing the following: (1) whether rulings in the New Jersey Superior Court case moot any of the remaining claims in this case; (2) what claims remain before the Court; (3) whether the Court should stay this case pending that state court action. The Court may dismiss claims based on this briefing. Given the upcoming trial date and the parties' previous notice of these issues, this supplement briefing is due no later than **Thursday, May 9, 2019**.

DATED this 26th day of April 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER DIRECTING THE PARTIES TO FILE SUPPLEMENTAL BRIEFING - 1